IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORGAN MURRAY & CALIFRESH OF FRESNO, LLC,<br><br>            Plaintiff,<br><br>    vs.<br><br>RODNEY K. WORREL, et al.,<br><br>            Defendant.<br>_____/ | CASE NO. CV F 13-0151 LJO SAB<br><br>**ORDER TO DISMISS AND CLOSE ACTION**<br>(Doc. 7.) |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1.  DISMISSES without prejudice this entire action and all its claims;

2.  VACATES all pending matters and dates, including the May 2, 2013 scheduling conference; and

3.  DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   April 16, 2013**              /s/  Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE